IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DANIEL LEE THORNBERRY,** | Case No. 2:18-cv-0094-WBS-EFB P |
| Plaintiff, | [~~PROPOSED~~] ORDER |
| v. | |
| **JAMES CHAU, et al.,** | |
| Defendants. | |

On December 17, 2018, Defendant Mohyuddin sought to modify the Court's Scheduling Order, and extend time to complete discovery and conduct the deposition of Plaintiff. Defendant also sought to extend time for filing an opposition to Plaintiff's motion for summary judgment, currently due on December 17, 2018. Good cause having been shown, Defendant is granted until January 2, 2019, to complete discovery, and until February 2, 2019 to file an opposition to Plaintiff's motion for summary judgment, and a cross-motion for summary judgment.

Dated: December 18, 2018

The Honorable Edmund F. Brennan

1